# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO A. GONZALEZ,<br><br>                          Petitioner,<br>  vs.<br><br>KATHLEEN ALLISON,<br><br>                         Respondent. | CASE NO. 11cv0960 DMS (BLM)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On May 2, 2011, Petitioner Aldo A. Gonzalez ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 18, 2012, Magistrate Judge Barbara L. Major issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Petitioner filed objections to the R&R on August 8, 2012.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: November 27, 2012

                                                  HON. DANA M. SABRAW
                                                  United States District Judge